IN
THE

TENTH
COURT OF APPEALS

_______________

                       

                                       No.
10-04-00003-CV

 

JESSE RUTH DAVIS,

 

                                                                             Appellant

v.

 

CLARA V. DAVIS, AS TRUSTEE OF THE

1996 CLARA VIOLET DAVIS AND LLOYD

WATSON DAVIS REVOCABLE TRUST, 

 

                                                                             Appellee

 

_____________________

                           

From the 66th
District Court

Hill County, Texas

Trial Court # 37385

 



MEMORANDUM Opinion



 

The Clerk of this Court notified the parties that the appellant’s
brief was overdue in this cause and that the appeal would be dismissed if an
appropriate response was not filed within ten days.  The Court has received no response.  Accordingly, the appeal is dismissed for want
of prosecution.  See Tex. R. App. P. 38.8(a)(1), 42.3.

PER CURIAM

 

Before Chief Justice Gray,

Justice Vance, and

Justice Reyna

Appeal dismissed

Opinion delivered and filed August
 18, 2004

[CV06]